IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-CV-00768-BNB**

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

MAZEN J. KHERDEEN,

       Plaintiff,

v.

CHIEF JUDGE WILLIAM BLAIR SLYVESTER, individually and as the Chief Judge of
    the 18th Judicial District,
THE COLORADO 18TH JUDICIAL DISTRICT,
JUDGE CHRISTINE NICOLE CHANCHE, individually and as an Arapahoe County
    Judge,
JUDGE CHRISTOPHER C. CROSS, individually and as Arapahoe County Judge,
JUDGE ANNE OLADA, individually and as Arapahoe County Judge,
MAGISTRATE M. EDWARD BURNS, JR., individually and as Arapahoe County
    Magistrate,
CAROL CHAMBERS, individually and as Arapahoe County District Attorney Attorney
    Registration #14948.
DAVID JONES, individually and as Assistant Arapahoe County District Attorney
    Attorney Registration #232461,
SUE A. JONES, individually and as a licensed Colorado Attorney Reg. #23928,
LAYLA EL BOUKILI, individually,
SHERIFF J. GRAYSON ROBINSON, individually and as Arapahoe County Sheriff,
JUDGE MARGARETTE T. LANGSTAFF, individually and as Arapahoe County
    Replacement Judge, and
COLORADO MUSLIM SOCIETY AND ITS MEMBERS INDIVIDUALLY,

       Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. As part of the court's review

APR 16 2007

GREGORY C. LANGHAM
CLERK

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official and does not cover the entire 6-month period</u>.)
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) _X_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

    ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 16th day of April, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **07 - CV - 0 0 7 6 8** -ZLW

Mazen J. Kherdeen
Doc# 07-03576
ACDF
P.O. Box 4918
Englewood, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  4/16/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk